# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| MARIO R. MONROY VILLALTA, | ) | Case No. 4:25-cv-01594 |
|---|---|---|
| Petitioner, | ) | Judge J. Philip Calabrese |
| v. | ) | |
| JERRY GREENE, Warden, et al., | ) | |
| Respondents | ) | |

## JUDGMENT

The Court filed its Opinion and Order in this matter. Accordingly, the Court dismisses this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated: August 5, 2025

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio